UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                                              1:20-CV-1607
                                                                                           (GTS/TWD)

$179,710 in U.S. CURRENCY,

                Defendant.
_____

## FINAL ORDER OF FORFEITURE

       Upon consideration of the United States' Motion for Default Judgement and Final Order of Forfeiture pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and General Order #15 of this Court, it is hereby ORDERED that the Motion is hereby GRANTED, and it is further

       ORDERED that Judgment of Default be entered against the defendant currency, and it is further

       ORDERED that the defendant currency is hereby forfeited to the United States, and it is further

       ORDERED that any claims to the defendant currency are hereby forever barred.

       IT IS SO ORDERED.


Dated: November 1, 2021

                                                                     Glenn T. Suddaby
                                                                     Chief U.S. District Judge